UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
In Admiralty – Newport News Division



KPI Bridge Oil Ltd.,

    Plaintiff,

v.

    Civil Action No. 4:20-cv-40

Alfa Denizcilik İletişim Bilgileri
(a/k/a Alfa Marine or Alfamarin)

    Defendant,

and

American Borate Company, L.L.C., and
The Master of the M/V HOPE, IMO 9545053

    Garnishees.

## ORDER FOR APPOINTMENT FOR SERVICE OF WRITS OF MARITIME GARNISHMENT

Plaintiff having moved, pursuant to Fed. R. Civ. P. Rule 4(c)(2), for an Order appointing David N. Ventker, or any other qualified person appointed by him, to serve process of maritime attachment and garnishment on Garnishee American Borate Company LLC, and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is

**ORDERED**, that David N. Ventker or any other person at least 18 years of age, and not a party to this action, appointed by David N. Ventker be and hereby is, appointed to serve Process

1

of Maritime Attachment and Garnishment on Garnishee American Borate Company LLC, along with a copy of the Verified Complaint.

Signed at Newport News this 16th day of March 2020.

SO ORDERED:

/s/
Rebecca Beach Smith
Senior United States District Judge
UNITED STATES DISTRICT / ~~MAGISTRATE JUDGE~~