UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
In Admiralty – Newport News Division

KPI Bridge Oil Ltd.,

    Plaintiff,

v.                                        Civil Action No. 4:20-cv-40

Alfa Denizcilik İletişim Bilgileri
(a/k/a Alfa Marine or Alfamarin)

    Defendant,

and

American Borate Company, L.L.C. and
The Master of the M/V HOPE, IMO 9545053

    Garnishees.

## WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE:**   MASTER of the M/V HOPE, IMO 9545053

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF VIRGINIA

GREETING:

    WHEREAS, on March 13, 2020, Plaintiff filed a Verified Complaint against Defendant Alfa Denizcilik İletişim Bilgileri (a/k/a Alfa Marine or Alfamarin) for reasons in said verified complaint mentioned for the sum of at least **USD 173,150.00** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

    WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

    NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendants, or in the hands of the Garnishee named, up to the

1

Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
this 16th day of March 2020.

FERNANDO GALINDO,
CLERK OF THE COURT

BY: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
In Admiralty – Newport News Division

KPI Bridge Oil Ltd.,

    Plaintiff,

v.                                              Civil Action No. 4:20-CV-40

Alfa Denizcilik İletişim Bilgileri
(a/k/a Alfa Marine or Alfamarin)

    Defendant,

and

American Borate Company, L.L.C., and
The Master of the M/V HOPE, IMO 9545053

    Garnishees.

## WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT

TO GARNISHEE:   AMERICAN BORATE COMPANY
                          c/o David M. Delpierre, Registered Agent
                          150 W Main St Ste 2100
                          Norfolk, VA, 23510 - 1609

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF VIRGINIA

GREETING:

    WHEREAS, on March 13, 2020, Plaintiff filed a Verified Complaint against Defendant Alfa Denizcilik İletişim Bilgileri (a/k/a Alfa Marine or Alfamarin) for reasons in said verified complaint mentioned for the sum of at least **USD 173,150.00** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

    WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

1

2

NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendants, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
this 16th day of March 2020.

FERNANDO GALINDO,
CLERK OF THE COURT

BY: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.